■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL N. EASTMAN, Appellant.— Judgment of conviction unanimously affirmed. (Appeal

from judgment of Monroe County Court convicting defendant of the crime of sodomy, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.